**Michael D. WILKINS,**
**Debtor–Appellant,**

v.

**BENCHMARK COMMUNITY BANK,**
**Creditor–Appellee,**

**Keith PHILLIPS, Trustee,**
**Trustee–Appellee.**

No. 02–1544.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 25, 2002.

Decided Nov. 20, 2002.

**656**

Michael D. Wilkins, Appellant Pro Se. James Joseph Burns, Law Office of James J. Burns, P.L.C., Richmond, Virginia; David Richard Ruby, McSweeney & Crump, P.C., Richmond, Virginia, for Appellees.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael D. Wilkins appeals from the district court's orders dismissing his appeal from the bankruptcy court's order approving the sale of certain real estate in the underlying bankruptcy proceeding. Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we affirm the district court. *See Wilkins v. Benchmark Community Bank*, Nos. CA–02–154–3; BK–99–34315 (E.D. Va. filed & entered Apr. 24, 2002; filed May 13, 2002 & entered May 14, 2002). We deny Wilkins' motion for reconsideration of this court's prior order denying his motions to expedite and for a stay. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*